David Alan **LEARY**, Jr., Petitioner– Appellant,

v.

David **GARRAGHTY**, Chief Warden, Greensville Correctional Center, Respondent–Appellee.

No. 01–7133.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 23, 2001.

David Alan Leary, Jr., pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, WILKINS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

David Alan Leary, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See Leary v. Garraghty*, No. CA–00–1657– AM (E.D.Va. June 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that in *Beck v. Alabama*, 447 U.S. 625, 638 n. 14, 100 S.Ct. 2382, 65 L.Ed.2d 392 (1980), the Supreme Court declined to decide whether due process requires lesser included instructions in non-capital state trials. Thus, Leary cannot meet the requirements of § 2254(d)(1).